The State, on application for rehearing, presents the following issues:
 (I) Whether this Court should extend its opinion to advise the Court of Criminal Appeals whether "justice requires" that this particular case be remanded to the trial court for a determination on the ineffectiveness claim?
 (II) If this particular case is to be remanded, is the trial court required to hold a hearing?
On Issue I, we refuse to advise the Court of Criminal Appeals whether "justice requires" that this particular case be remanded. We assume the Court of Criminal Appeals has already made a determination that "justice requires" a remand in this case.
On Issue II, whether a hearing is required in this particular case is a question for the Court of Criminal Appeals to decide.
The record on appeal may prove the defendant's claim, or a hearing may be required in the case. Each case will depend upon its particular facts.
The opinion is extended, and the application for rehearing is overruled.
OPINION EXTENDED; APPLICATION FOR REHEARING OVERRULED.
TORBERT, C.J., and FAULKNER, JONES, ALMON, SHORES, BEATTY and HOUSTON, JJ., concur.
ADAMS, J., not sitting.